# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO: 3:06CR62

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>     **Plaintiff** )<br>**vs.** )<br>)     **ORDER**<br>**DANDY EUGENE DUNCAN** )<br>     **Defendant.** )<br>) | |

**THIS MATTER IS BEFORE THE COURT** on Dandy Duncan's typewritten letter addressed to Magistrate Judge Carl Horn dated July 24, 2006, requesting that he be released to obtain medical treatment for pressure sores, or alternatively, to be sent to a federal hospital for medical treatment. The Court previously held a hearing on this issue, and the defendant's request was denied.

The record reflects that Mr. Duncan is represented by appointed counsel, Eric A. Bach. It is the practice of this Court, when a defendant is represented by counsel, to respond only to communications and pleadings initiated by counsel of record. Therefore, if Mr. Duncan has any matters he wishes this Court to consider, they must be submitted through his attorney, Mr. Bach.

The Court does not wish to turn a deaf ear to Mr. Duncan's concerns. To ensure that the defendant's counsel considers this matter on behalf of Mr. Duncan, the Clerk of Court is directed to send a copy of Mr. Duncan's letter dated July 24, 2006 to Mr. Bach along with his copy of this Order.

Signed: August 4, 2006

David C. Keesler
United States Magistrate Judge